UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS,
Plaintiff,
v.
CHANS ANDEES,
Defendant.

Case No. 26-cv-00102-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Woods has not paid the filing fee as he was ordered to do. (Dkt. No. 11.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) because Woods failed to comply with my order to pay the filing fee and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Woods may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page. No motion to reopen will be granted until Woods submits full payment for the $405.00 filing fee, or submits an application to proceed in forma pauperis showing that he lacks sufficient funds to pay the filing fee.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 14, 2026

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California